UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
June 2, 2015
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:15-mj-00121-EFB |
| Plaintiff, ) | |
| v. ) | |
| ) | ORDER FOR RELEASE OF |
| KIMBERLY SANTIAGO ROBINSON, ) | PERSON IN CUSTODY |
| ) | |
| _____ ) | |
| Defendant. | |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release, KIMBERLY SANTIAGO ROBINSON, Case No. 2:15-mj-00121-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___    Release on Personal Recognizance

_X_    Bail Posted in the Sum of: $150,000.00

    _X_    Co-Signed Unsecured Appearance Bond ($50,000.00)

    _X_    Secured Appearance Bond ($100,000.00)

    _X_    (Other) Conditions as stated on the record.

    _X_    (Other) The secured bond paperwork to be filed by 6/12/2015. The defendant was further ordered to appear on June 24, 2015 at 1:30 p.m. in the District of Nebraska.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  6/2/2015  at  2:33 p.m.

By  _____
Edmund F. Brennan
United States Magistrate Judge