1   Dustin D. Johnson (SBN: 234008)
    The Law Offices of Dustin D. Johnson
2   2701 Del Paso Road, Suite 130-155
    Sacramento, CA  95835
3   Phone: (877) 377-8070
    Fax: (916) 244-9889
4   Email: dustin@ddjlaw.biz

5

6   Attorney for Kimberley Santiago Robinson

7            IN THE UNITED STATES DISTRICT COURT

8          FOR THE EASTERN DISTRICT OF CALIFORNIA

9    United States of America,
     ~~THE PEOPLE OF THE STATE~~                  Case No.  2:15-mj-00121-EFB-3
10   ~~OF CALIFORNIA~~,
                                                  [~~PROPOSED~~] ORDER
11              Plaintiffs,

12        vs.

13   Schaeffer, et. al.

14              Defendant.

15

16          IT IS HEREBY ORDERED that the pre-trial release conditions for defendant Kimberley

17   Santiago Robinson are modified in the following manner:

18          #12.    You shall not associate or have any contact with co-defendants, with the exception of

19                  Brian Robinson, unless in the presence of counsel or otherwise approved in advance by

20                  the pretrial services officer.

21

22   Dated: __June 12____, 2015          _____
                                          EDMUND F. BRENNAN
23                                        United States Magistrate Judge

24

25

26

27